March 7, 2016

Judge James O. Browning
333 Lomas Blvd., NW
Albuquerque, NM 87102

RE: Docket No: 1084 1:14CR00769-001JB

Dear Honorable Judge Browning;

This letter is to request of the court to please consider allowing me to return home to my mother in Farmington, New Mexico. I was arrested in February 2014 and have resided at the La Pasada halfway house since April 1, 2014. I have been there for almost two years (23 months) and I am doing very well there.

As you are aware, I have been attending ITT Technical Institute where I have been on the Honor Roll for the past seven quarters and Perfect Attendance for five of the seven quarters thus far. I am still attending ITT Technical Institute and will be graduating in June 2016. I have been adhering to the rules and regulations at La Pasada halfway house to the best of my ability.

I was recently in court for "Change of Counsel" hearing a few weeks ago and I feel I have no legal representation since I have not heard back from your court of your decision concerning my request for change of counsel. I am writing this letter and making this plea to return home of my own accord. I have changed my outlook on life and want to continue with my education so I am able to support myself and be a productive individual. My incarceration has taught me a valuable lesson and I want to be given an opportunity to live my truth as living within the limits of the laws.

Respectfully Submitted,

*[signature]*

Felippe Jones

Felippe Jones
1700 Cliff Side Dr.
Apartment # 308
Farmington NM.
87401

Judge James Browning
333 Lomas Blvd. NW
Albuquerque NM 87102



8710222050