April 7th, 2016

Judge James O. Browning
333 Lomas Blvd., NW
Albuquerque, NM  87102

**RE: Docket No: 1084 1:14CR00769-001JB**

Honorable Judge Browning;

Hello your Honor, I hope this letter finds you well. I am writing this letter because I have not heard anything about my "Change of Counsel" hearing I had in January and I am not sure who I can talk to about my legal issues. I have not heard anything from the lawyer that was hired for me by my late girlfriend, and as I am very close to graduating from ITT Technical Institute (June), I think it is time to start preparing myself for that day of Sentencing. I look forward to hearing from you soon. Thank you in advance for your time and attention.

Respectfully,

*[signature]*

Felippe Jones

Felippe Jones
2206 4th St. NW.
Albuquerque NM
87102

Judge James O Browning
333 Lomas Blvd, NW
Albuquerque NM
87102

